United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, et al,

    Plaintiffs,

    v

PG&E CORPORATION, et al,

    Defendants.

No C-02-3688 VRW
AND RELATED CASES

ORDER

    This matter is on remand from the Court of Appeals. On September 30, 2003, this court concluded, inter alia, that the bankruptcy court erroneously remanded plaintiff's restitution claim brought under Cal Bus & Prof § 17200, et seq, because it did not fall within 28 USC § 1452(a)'s "police or regulatory power" exception. Doc #37.

    On appeal of the September 30 order, the Court of Appeals reversed, explaining "that the section 17200 state lawsuits filed by the Attorney General and San Francisco constitute police or regulatory power actions that cannot be removed to bankruptcy court under 28 USC section 1452(a)." <u>City & County of San Francisco v</u>

**PG&E Corp**, 433 F3d 1115, 1127 (9th Cir 2006). As a result, the Court of Appeals "reversed the judgment, with the direction to remand the entire action to state court." Id at 1128.

Accordingly, the court REMANDS this action to San Francisco superior court. The clerk is DIRECTED to close the file and TERMINATE all motions.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge